Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



FILED

MAR 10 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

_____ Division

| | |
|---|---|
| *Lovette Castro*<br>MALO CORPORATE ENTERPRISES, LLC<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Miguel Castillo individually and d/b/a "Life Entertainment, Life Entertainment Presents, LLC, Crest Theatre, Robert Wayne Emerick<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. *2:23CV0448 TLN CKD (PS)*<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

*Lovette Castro*

| | |
|---|---|
| Name | Malo Corporate Enterprises, LLC |
| Street Address | 337 Cherokee Drive |
| City and County | Waleska |
| State and Zip Code | Georgia 30183 |
| Telephone Number | 404 709 9333 |
| E-mail Address | lvtmartin@aol.com |

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Miguel Castilo indivdually and d/b/a "Life Entrtainment" |
| Job or Title *(if known)* | |
| Street Address | 4812 B Street |
| City and County | Sacremento, Sacremento |
| State and Zip Code | California 95819 |
| Telephone Number | |
| E-mail Address *(if known)* | miguel.lifeentertainment@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Life Entertainment Presents, LLC |
| Job or Title *(if known)* | |
| Street Address | 4812 B Street<br>Sacramento, CA 95819 |
| City and County | Sacremento, Sacremento |
| State and Zip Code | California 95819 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Crest Theatre |
| Job or Title *(if known)* | |
| Street Address | 1013 K Street |
| City and County | Sacremento, Sacremento |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Robert Wayne Emerick |
| Job or Title *(if known)* | Owner/Agent Crest Theatre |

|  |  |
|---|---|
| Street Address | 201 Appleton Drive |
| City and County | Aptos, Santa Cruz |
| State and Zip Code | California 95003 |
| Telephone Number |  |
| E-mail Address *(if known)* |  |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of the Lanham Act. Infringement pursuant to 15 U.S. Code 1114

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Page of 6

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   > Pursuant to the Lanham Act (15 U.S. Codw Section 1117 - Recovery For Violation of Rights) Plaintiff is entitled to actual damages, disgorgement of Defendants' profits, and Plaintiff's prior attorney's fees incurred in an attempt to avoid this filing for which Plaintiff cannot afford to engage counsel. In addition, due to the intentional use of Plaintiff's mark with full and complete knowledge that the trademark is registered, and further the public would be decieved, the Court should consider treble damages. Accordingly Plaintiff is seeking $150,000, excluding interest and costs of court.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Signature of Plaintiff _____

Printed Name of Plaintiff _____

**B.  For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Plaintiff Malo Corporate Enterprises, LLC ("Plaintiff") is the sole the assignee of all right, title and interest of the federally registered dragon-motif "Malo" trademark (Serial No. #78184385/Registration No. 3044251). Plaintiff asserts claims against Mr. Miguel Castillo individually and d/b/a Life Entertainment, Life Entertainment Presents, LLC Crest Theatre and Robert Wayne Emerick the owner/agent of the Crest Theatre ("Defendants") for trademark infringement under Lanham Act (federal law). Trademark infringement is the unauthorized use of a trademark or service mark on or in connection with goods and/or services in a manner that is likely to cause confusion, deception, or mistake about the source of the goods and/or services in commerce. Defendants, despite being sent the appropriate "cease and desist" letters continued to use the Plaintiff's Malo Trademark to advertise and promote another group. Such uses by Defendants were on the internet, on flyers, Defendants Facebook pages and the Crest Theatre website. In addition, Defendants sold merchandise with Plaintiff's Malo trademark without authorization. This is the second time Defendant Castillo has disregarded the cease and desist letters. The violation by the Defendants may have also been subject to the California Anti - Dilution statute, and claims of false designation of origin, injury to business reputation and/or trademarks, common law unfair competition, and Plaintiff seeks a permanent injunction, damages, and attorney's fees and cost (if any), and such other relief as the Court deems just and proper.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is the band Malo and the lost the opporunity to work. In addition, Defendant's engagement of the inferior quality band and wilful misconduct (defying the cease and desist letters) damaged Plaintiff's markeplace goodwill and has led to confusion in the marketplace which has also damaged Plaintiff's opportunites for other engagements. For relief Plaintiff seeks the engagement fee of $7,500, and the gross sum earned from ticket sales, sale of merchandise, Crest Theatre concessions earnings and its related business (nearby Empress Tavern) earnings from the dates of engagement, prior incurred legal fees of $2,500 to have the "ignored" cease and desist letters drafted and delivered. In addition, due to the repeat, wilfull and deliberate offenses by defendants treble damges are respectfully requested and are appropriate. The Defendants were fully aware of the federally registered trademark and disregarded federal law by intentionally using the Plaintiff's mark.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Loretta Casho_ 3-10-23

**BERNARD H. JACKSON, III**
Attorney – at - Law
784 Columbus Avenue
Suite # 15- L
New York, New York 10025
BHJacksonEsq@gmail.com
(917) 232-5275

July 14, 2022

**Certified Mail – Return Receipt Requested**

Crest Theater
1013 K Street
Sacramento, CA 95814

**Re: Trademark Infringement/ "Malo" (United States Federal Reg. No.:3044251)**

To Whom It May Concern:

Please be advised that I am an attorney representing Malo Corporate Enterprises, LLC ("MCE") which has been exclusively assigned all right title and interest to the "Malo" dragon motif trademark which is a federally registered trademark (Registration No.: 3044251) (the "Mark") by the Estate of Arcelio R. Garcia. Although Mr. Garcia has passed away the Mark remains the property of his estate and is exclusively associated with the musical performances of Mr. Garcia's band, Malo.

The Mark which is comprised of the name "Malo" and the stylized dragon are the extremely valuable properties of my client. The Mark and name have long been used in connection with entertainment services in International Class No. 41. The ownership of the Mark is a matter of public record, and it is the subject of federal trademark (Serial No. 78184385) in the United States Patent and Trademark Office.

For verification you are advised to visit the United States Patent and Trademark Office website (www.uspto.gov) where you will find the confirmation of the statements set out above. Additionally, please see the attached print out of the United States Patent and Trademark Office of the Malo trademark filing as of the date of this letter.

It has come to our attention (please see attached flyer) that you may have, are, or may be intending on using the Mark in connection with advertisement of the performance of another musical group. This is **NOT permissible.**

Please be advised, your use of the Mark is considered infringement and may subject you to certain specific statutory damages and legal fees. Your proliferation of advertisements embodying the Mark in connection with my client's established and legally protected trademark and especially the dragon logo ("Unauthorized Material") in an attempt to derive economic benefits without any authorization is inappropriate. You are put on notice that the use and/or continued dissemination and use of the Mark without the prior express authorization from my client will mislead and confuse the public, has and may cause immediate and irreparable harm to the reputation and to the valuable and proprietary rights of the real Malo. This use of Unauthorized Material could also constitute a willful violation of both federal and state unfair competition and trade laws. Regardless of any legal arguments the other musical group may make, presently my client has exclusive use of the Mark.

This kind of public confusion is not only bothersome and time-consuming to correct, but could lead to significant damage to the established marketplace goodwill of the Mark. **Therefore, we demand that you immediately cease and desist with the intention of and/or all unauthorized use of the Mark and specifically the Malo dragon logo and, that you send us your prompt assurance of the same.**

Further any posters or printed materials embodying the Mark must be immediately recalled, collected and removed public display and the Internet. Please be advised that any further use by you of Mark and/or the Malo dragon logo will be considered willful and deliberate infringement of my client's rights for which you will be held fully accountable, which may include damages, court costs and attorney's fees.

In the event I have not received the aforementioned assurances requested within twenty four (24) hours from the date of your receipt of this communication, we will pursue all appropriate legal redress against you and any other infringing party under your control, including but not limited to, seeking an injunction, legal damages, an accounting, as well as our attorneys' fees and costs in connection with this matter.

This letter is not intended to be a complete or full statement of the facts or law pertaining to the claims asserted herein and is being forwarded to you without prejudice to our client's legal or equitable rights or remedies, all of which are expressly reserved. You may reach me at (917) 232 - 5275.

Please be guided accordingly.

Respectfully,

Bernard H. Jackson, III

Attachment

cc: Estate of Arcelio R. Garcia (w/attached)
Malo Corporate Enterprises, LLC (w/attached)



# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | RESUBMISSION |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| RESUBMIT DOCUMENT ID: | 900697131 |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Lovette Garcia Castro representative of the deceased Arcelio R Garcia | | 03/04/2022 | Estate: |
| Lovette Garcia Castro representative of the deceased Arcelio R Garcia | | 03/04/2022 | Estate: FLORIDA |

## RECEIVING PARTY DATA

| Name: | Malo Corporate Enterprises LLC |
|---|---|
| Street Address: | 11021 Sylvan Pond Circle |
| City: | Orlando |
| State/Country: | FLORIDA |
| Postal Code: | 32825 |
| Entity Type: | Limited Liability Company: FLORIDA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3044251 | MALO |

## CORRESPONDENCE DATA

| Phone: | 917 232 5275 |
|---|---|
| Email: | bhjacksonesq@gmail.com |

Correspondence will be sent to the e mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.

| Correspondent Name: | Bernard H Jackson III |
|---|---|
| Address Line 1: | 784 Columbus Avenue Suite 15 L |
| Address Line 4: | New York, NEW YORK 10025 |

| NAME OF SUBMITTER: | Bernard H Jackson III |
|---|---|
| Signature: | /Bernard H Jackson III/ |
| Date: | 08/10/2022 |

Total Attachments: 3
source=Returned Cover Sheet (8 8 22)#page1.tif
source=Reg No 3044251 Assignment Document No 900697131 ReResubmission (8 8 22)#page1.tif
source=Returned Assignment Letter (8 8 22)#page1.tif

## RECEIPT INFORMATION

| ETAS ID: | TM747349 |
|---|---|
| Receipt Date: | 08/10/2022 |



United States Patent and Trademark Office

Home |...|...|...|...|...|...|...|...|

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jul 14 04:07:22 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:        OR [Jump] to record:        **Record 63 out of 81**

[TSDR]  [ASSIGN Status]  [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | **MALO** |
| **Translations** | The English translation of the word **MALO** in the mark is BAD or EVIL. |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment, namely, live performances by a Latin vocal and instrumental group that has been performing since the early 1970s. FIRST USE: 19710410. FIRST USE IN COMMERCE: 19710410 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 04.05.01 - Dragons ; Griffons<br>27.01.02 - Animals composed of letters or numerals ; Letters forming animals ; Numbers forming animals ; Punctuation forming animals |
| **Serial Number** | 78184385 |
| **Filing Date** | November 12, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2005 |
| **Registration Number** | 3044251 |
| **Registration Date** | January 17, 2006 |
| **Owner** | (REGISTRANT) Garcia, Arcelio R. INDIVIDUAL UNITED STATES 2601 Clovis Ave Clovis CALIFORNIA 93612 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the wording MALO with a dragon formed by the lettering of the word. |
| **Type of** | SERVICE MARK |

| | |
|---|---|
| **Mark** | |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20160328. |
| **Renewal** | 1ST RENEWAL 20160328 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY